| | | | |
|---|---|---|---|
| Com. v. Thomas .... | 10/26/2015273 . MAL (2015) | Denied | Pa.Super., 120 A.3d 1049 |
| Com. v. Tiburcio ... | 10/27/2015460 MAL (2015) | Denied | Pa.Super., 122 A.3d 451 |
| Com. v. Tschudi .... | 11/16/2015335 WAL (2015) | Denied | No. 719 WDA 2015 |
| Com. v. Villanueva | 11/16/2015432 EAL (2015) | Denied | Pa.Super., 122 A.3d 1128 |
| Com. v. Villatoro ... | 10/29/2015211 MAL (2015) | Denied | Pa.Super., 120 A.3d 386 |
| Com. v. Wagner .... | 10/13/201594 EAL (2015) | Denied | Pa.Super., 118 A.3d 457 |
| Com. v. Wallace .... | 11/17/2015381 EAL (2015) | Denied | Pa.Super., 122 A.3d 1126 |
| Com. v. Ware ...... | 11/02/2015158 EAL (2015) | Denied | Pa.Super., 120 A.3d 389 |
| Com. v. Weeks ..... | 10/29/2015474 MAL (2015) | Denied | Pa.Super., 122 A.3d 452 |
| Com. v. Williams ... | 10/29/2015241 EAL (2015) | Denied | Pa.Super., 121 A.3d 1136 |
| Com. v. Wilson ..... | 10/29/2015383 EAL (2015) | Denied | Pa.Super., 121 A.3d 1117 |
| Delage Landen Financial Services, Inc. v. Voices of Faith Ministries, Inc............... | 10/27/2015407 MAL (2015) | Denied | Pa.Super., 121 A.3d 1143 |
| E.G. & G. Realty, Inc. v. Youn Sang Kim ............. | 10/13/2015155 MAL (2015) | Denied | Pa.Super., 113 A.3d 351 |